# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVIVSION

ZACHARY CLINTON LONG                                    PLAINTIFF

v.                    No. 3:17-cv-318-DPM

JACKSON COUNTY CIRCUIT COURT,
and HAROLD IRWIN, Judge, Jackson County         DEFENDANTS

## ORDER

**1.** Long hasn't paid the filing and administrative fees or filed an application to proceed *in forma pauperis*. He must do one or the other by 11 January 2018. If he doesn't, then his case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Long a blank application to proceed *in forma pauperis* with a copy of this Order. If the Court grants Long permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 December 2017