IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVIVSION

ZACHARY CLINTON LONG                                    PLAINTIFF

v.                      No. 3:17-cv-318-DPM

JACKSON COUNTY CIRCUIT
COURT and HAROLD ERWIN,
Judge, Jackson County                                   DEFENDANTS

## JUDGMENT

Long's complaint is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 January 2018